the surety it would be very easy to so provide in the bond as was done in *Mass. Bonding Co.* v. *Hoffman*, 34 *Ga. App.* 565 (supra), and *Hannah* v. *Lovelace-Young Lumber Co.*, 159 *Ga.* 856 (127 S. E. 225).

The court erred in sustaining the general demurrer to the petition.

*Judgment reversed. Sutton, C.J., MacIntyre, P.J., and Gardner, Townsend, and Worrill, JJ., concur.*

32904.   SOUTHEASTERN CONSTRUCTION Co., for use etc., *v.* GLENS FALLS INDEMNITY Co.

FELTON, J.  This case is controlled by the ruling in *Southeastern Construction Co., for use, etc.* v. *Glens Falls Indemnity Co.*, (No. 32903), ante, 764.

*Judgment reversed. Sutton, C.J., and Worrill, J., concur.*

DECIDED MAY 5, 1950. REHEARING DENIED JUNE 14, 1950.

*Louis D. Yancey Jr.*, for plaintiff in error.
*Powell, Goldstein, Frazer & Murphy*, contra.

32878.   SOUTHEASTERN CONSTRUCTION COMPANY, for use, etc. *v.* GLENS FALLS INDEMNITY COMPANY.

DECIDED MAY 5, 1950. REHEARING DENIED JUNE 14, 1950.